IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA DOSS**                                                                                 **PLAINTIFF**

vs.                                              No. 4:19-cv-00296-KGB

**CUSTOM AUTO SERVICE, INC.**                                      **DEFENDANTS**
**and KEVIN STRAYHORN**

### JOINT MOTION FOR SETTLEMENT CONFERENCE

COME NOW Plaintiff and Defendants, by and through their respective undersigned counsel, and for their Joint Motion for Settlement Conference, state:

1.  This case is an action to recover alleged unpaid overtime hours pursuant to the Fair Labor Standards Act and is currently set for a jury trial the week of August 8, 2022. *See* ECF No. 35, ¶ 1. The Court has already ruled on dispositive motions and the case proceeds as a single plaintiff lawsuit. The Settlement Conference request deadline is currently June 24, 2022. *Id.* at ¶ 4.

2.  The parties have exchanged pay and time records for Plaintiff but have not yet engaged in settlement negotiations. After analyzing the potential claims and defenses, the parties would like to seek the assistance of the Magistrate Judge assigned by the Court and respectfully request that the Court grant this joint request to set this case for settlement conference at the earliest possible date.

3.  The parties seek to attend a settlement conference at the first mutually-available date and time. Depending upon the Magistrate Judge's availability, the parties may seek an extension of the current trial date and related pre-trial deadlines. However, no request is being made at this time.

WHEREFORE, the parties jointly request that the Court grant this Motion and for all other relief to which they may be entitled.

Respectfully submitted,

/s/   Colby Qualls
Josh Sanford, AR Bar No. 2001037
Colby Qualls, AR Bar No. 2019246
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR  72211
Email:  josh@sanfordlawfirm.com
Email: colby@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

And
Gregory J. Northen, AR Bar No. 2011181
CROSS, GUNTER, WITHERSPOON
 & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
(501) 371-9999
Fax: (501) 371-0035
Email: gnorthen@cgwg.com
**ATTORNEYS FOR DEFENDANTS**