**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSHUA DOSS, Individually and on**                               **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**vs.**                             **No. 4:19-CV-296-KGB**

**CUSTOM AUTO SERVICE, INC.,**                            **DEFENDANTS**
**and KEVIN STRAYHORN**

**JOINT STATUS REPORT**

Plaintiff, by and through his undersigned counsel, Sanford Law Firm, PLLC, and

Defendants, by and through their undersigned attorneys, Cross, Gunter, Witherspoon & Galchus,

P.C., submit this Joint Status Report as requested by this Court:

1.      The Parties were able to successfully mediate the claims by Plaintiff against

Defendants with the aid of Magistrate Judge Kearney in a settlement conference held on July 20.

*See* ECF No. 42.  The Parties have not yet engaged in settlement discussions relating to attorney

fees and costs.

2.      Counsel for the Parties have exchanged information and are working to finalize

the final terms of a settlement agreement, which they intend to submit to this Court for review

and approval along with a Joint Motion for Partial Dismissal.  The Parties anticipate submitting

these to the Court within 14 days.

3.      Upon approval of the Parties' proposed settlement agreement and partial

dismissal, the Parties agree to negotiate in good faith as to attorney fees and costs. If an

agreement cannot be reached, the Parties agree that counsel for Plaintiffs will submit a petition

for fees and costs to the Court to which Defendants may respond within seven (7) days.

WHEREFORE, the Parties respectfully submit this Joint Status Report as requested by the Court.

Respectfully submitted,

/s/  Colby Qualls
Josh Sanford, Ark. Bar No. 2001037
Colby Qualls, Ark. Bar. No. 2019246
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
colby@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

And

Gregory J. Northen (#2011181)
CROSS, GUNTER, WITHERSPOON
   & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035
E-mail:  gnorthen@cgwg.com
**ATTORNEYS FOR DEFENDANTS**