IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DOSS, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**vs.**                           **No. 4:19-cv-296-KGB**

**CUSTOM AUTO SERVICE, INC.,**
**and KEVIN STRAYHORN**                            **DEFENDANTS**

## DEFENDANTS' STATUS REPORT

The purpose of this Status Report is to update the Court on the status of settlement finalization:

1. Defendants agree with Plaintiff's Status Report (ECF No. 44).

2. Counsel for Defendants was on medical leave yesterday and apologizes to Plaintiff's counsel for not confirming the proposed Joint Status Report.

3. Defendants will finalize the settlement documents as soon as possible.

                                                 Respectfully submitted,

                                                 Gregory J. Northen
                                                 Ark. Bar No. 2011181
                                                 Email: gnorthen@cgwg.com
                                                 CROSS, GUNTER, WITHERSPOON
                                                 & GALCHUS, P.C.
                                                 500 President Clinton Ave, Suite 200
                                                 Little Rock, Arkansas 72201
                                                 Telephone: (501) 371-9999
                                                 Facsimile: (501) 371-0035
                                                 CUSTOM AUTO SERVICE, INC., and
                                                 KEVIN STRAYHORN, DEFENDANTS