IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DOSS, individually and on**                         **PLAINTIFF**
**behalf of all others similarly situated**

v.            Case No. 4:19-cv-00296-KGB

**CUSTOM AUTO SERVICE**
**INC. and KEVIN STRAYHORN**                                 **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 53). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own remaining fees and costs.

It is so ordered this 7th day of December, 2022.

_____
Kristine G. Baker
United States District Judge